UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GREGORY WHITE, HENRY MATTOS,  )
and GREGORY CRANE,  )
         Plaintiffs,  )
    v.  )
           )
PACIFIC DIRECT CORPORATION and  )
BHUPINDER SINGH,  )
         Defendants,  )   CIVIL ACTION NO. 05-10716-MLW
    v.  )
           )
COMMUNITY-SUFFOLK, INC., 4-M FRUIT  )
DISTRIBUTORS, INC, COAST TO COAST  )
PRODUCE, LLC, THE ALPHAS GROUP, INC.,  )
PETER CONDAKES COMPANY, INC.,  )
SHAW'S SUPERMARKETS, INC., TOPNOTCH  )
TRUCK BROKERAGE AND KANZAKI  )
SPECIALTY PAPER,  )
    Reach and Apply Defendants.  )
           )

**ASSENTED-TO MOTION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT**

The Defendants, Pacific Direct Corporation and Bhupinder Singh, hereby move for a one-week extension of the time in which they have to respond to the Plaintiff's Complaint in this matter, up to and including Monday, May 2, 2005. In support of this motion, the Defendants state as follows:

1.     The Defendants require a brief extension of time sought in order to properly investigate the factual and legal issues raised in the Complaint and to prepare an appropriate response thereto.

2.     This is the first request for an extension of time filed by the Defendants with regard to the deadline for responding to the Complaint.

3.    Plaintiff's counsel, Mark D. Engel, Esq., has been contacted regarding this

Motion and has granted his permission to indicate herein that he assents to it.

WHEREFORE, the Defendants respectfully request that the deadline for filing their

response to the Complaint be extended up to and including Monday, May 2, 2005.

Respectfully submitted,

PACIFIC DIRECT CORPORATION and
BHUPINDER SINGH

By their attorneys,

John M. Simon (BBO # 645557)
Stoneman, Chandler & Miller, LLP
99 High Street
Boston, MA 02110
(617) 542-6789

Dated: April 22, 2005

Certification Pursuant To Local Rule 7.1(A)(2)

I hereby certify, pursuant to Local Rule 7.1(A)(2), that on April 22, 2005, I
discussed the subject matter of this motion with Plaintiff's counsel Mark D.
Engel, Esq. in a reasonable and good faith effort to resolve and/or narrow the
issues addressed in this motion and that Mr. Engel granted his permission to
indicate herein that he assents to this motion.

John M. Simon

Certificate of Service
I hereby certify that a true copy of the
above document was served upon the
attorney of record for each other party
by mail (by hand) on 4/22/05 .

- 2 -