UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 MAY -2 P 1:31
U.S. DISTRICT COURT
DISTRICT OF MASS.

GREGORY WHITE, HENRY MATTOS, and GREGORY CRANE,
Plaintiffs,

v.

PACIFIC DIRECT CORPORATION and BHUPINDER SINGH,
Defendants,

v.

COMMUNITY-SUFFOLK, INC., 4-M FRUIT DISTRIBUTORS, INC, COAST TO COAST PRODUCE, LLC, THE ALPHAS GROUP, INC., PETER CONDAKES COMPANY, INC., SHAW'S SUPERMARKETS, INC., TOP NOTCH TRUCK BROKERAGE AND KANZAKI SPECIALTY PAPER,
Reach and Apply Defendants.

CIVIL ACTION NO. 05-10716-MLW

**ANSWER OF DEFENDANTS PACIFIC DIRECT CORPORATION AND BHUPINDER SINGH**

The Defendants, Pacific Direct Corporation and Bhupinder Singh ("Defendants"), hereby answer the correspondingly titled sections and numbered paragraphs of the Verified Amended Complaint as follows:

1. The allegations of this paragraph are introductory and/or state conclusions of law to which no response is required. To the extent that a response is required, the Defendants deny the allegations of this paragraph.

2. The allegations of this paragraph state conclusions of law to which no response is required. To the extent that a response is required, the Defendants deny the allegations in this paragraph.

## THE PARTIES

3. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore leave the Plaintiffs to their proof in this regard.

4. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore leave the Plaintiffs to their proof in this regard.

5. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore leave the Plaintiffs to their proof in this regard.

6. The Defendants admit the first sentence of this paragraph and deny the remaining allegations of this paragraph.

7. The Defendants admit the allegations of this paragraph.

8. The Defendants admit the allegations of this paragraph.

9. The Defendants admit the allegations of this paragraph.

10. The Defendants admit the allegations of this paragraph.

11. The Defendants admit the allegations of this paragraph.

12. The Defendants admit the allegations of this paragraph.

13. The Defendants admit the allegations of this paragraph.

14. The Defendants admit the allegations of this paragraph.

15. The Defendants admit the allegations of this paragraph.

## THE FACTS

16. The Defendants are without knowledge or information sufficient to form a belief

as to the truth of the allegations of the first two sentences of this paragraph and therefore leave the Plaintiffs to their proof in this regard. The Defendants deny the remaining allegations of this paragraph.

17. The Defendants deny the allegations of this paragraph.

18. The Defendants deny the allegations of this paragraph.

19. The Defendants deny the allegations of this paragraph.

20. The Defendants deny the allegations of this paragraph.

21. The Defendants deny the allegations of this paragraph.

22. The Defendants deny the allegations of this paragraph.

23. The Defendants deny the allegations of this paragraph.

24. The Defendants admit the allegations of this paragraph.

25. The Defendants deny the allegations of this paragraph.

26. The Defendants deny the allegations of this paragraph.

27. The Defendants deny the allegations of this paragraph.

28. The Defendants deny the allegations of this paragraph.

29. The Defendants deny the allegations of this paragraph.

30. The Defendants deny the allegations of this paragraph.

31. The Defendants deny the allegations of this paragraph.

32. The Defendants deny the allegations of this paragraph.

33. The Defendants deny the allegations of this paragraph.

34. The Defendants deny the allegations of this paragraph.

35. The Defendants deny the allegations of this paragraph.

36. The Defendants deny the allegations of this paragraph.

37. The Defendants deny the allegations of this paragraph.

38. The Defendants deny the allegations of this paragraph.

39. The Defendants deny the allegations of this paragraph.

40. The Defendants deny the allegations of this paragraph.

41. The Defendants deny the allegations of this paragraph.

42. The Defendants deny the allegations of this paragraph.

43. The Defendants deny the allegations of this paragraph.

44. The Defendants deny the allegations of this paragraph.

45. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore leave the Plaintiffs to their proof in this regard.

**COUNT I – Plaintiff, Gregory White v. Pacific Direct Corporation**
**Violation of M.G.L. c. 149, § 148**

46. The Defendants incorporate and adopt as a response to this paragraph their responses to the preceding paragraphs realleged herein.

47. The Defendants deny the allegations of this paragraph.

48. The Defendants deny the allegations of this paragraph.

49. The Defendants deny the allegations of this paragraph.

50. The Defendants deny the allegations of this paragraph.

51. The allegations of this paragraph state conclusions of law to which no response is required.

The Defendants deny that the Plaintiffs are entitled to any of the relief sought in the "Wherefore" clause of Count I.

**COUNT II – Plaintiff, Gregory White v. Defendant, Bhupinder Singh**
**Violation of M.G.L. c. 149, § 148**

52. The Defendants incorporate and adopt as a response to this paragraph their responses to the preceding paragraphs realleged herein.

53. The allegations of this paragraph state conclusions of law to which no response is required.

The Defendants deny that the Plaintiffs are entitled to any of the relief sought in the "Wherefore" clause of Count II.

**COUNT III – Plaintiff, Henry Mattos v. Pacific Direct Corporation**
**Violation of M.G.L. c. 149, § 148**

54. The Defendants incorporate and adopt as a response to this paragraph their responses to the preceding paragraphs realleged herein.

55. The Defendants deny the allegations of this paragraph.

56. The Defendants deny the allegations of this paragraph.

57. The Defendants deny the allegations of this paragraph.

58. The Defendants deny the allegations of this paragraph.

59. The allegations of this paragraph state conclusions of law to which no response is required.

The Defendants deny that the Plaintiffs are entitled to any of the relief sought in the "Wherefore" clause of Count III.

**COUNT IV – Plaintiff, Henry Mattos v. Defendant, Bhupinder Singh**
**Violation of M.G.L. c. 149, § 148**

60. The Defendants incorporate and adopt as a response to this paragraph their responses to the preceding paragraphs realleged herein.

61. The allegations of this paragraph state conclusions of law to which no response is required.

The Defendants deny that the Plaintiffs are entitled to any of the relief sought in the "Wherefore" clause of Count IV.

**COUNT V – Plaintiff, Gregory Crane v. Pacific Direct Corporation**
**Violation of M.G.L. c. 149, § 148**

62. The Defendants incorporate and adopt as a response to this paragraph their responses to the preceding paragraphs realleged herein.

63. The Defendants deny the allegations of this paragraph.

64. The Defendants deny the allegations of this paragraph.

65. The Defendants deny the allegations of this paragraph.

66. The Defendants deny the allegations of this paragraph.

67. The allegations of this paragraph state conclusions of law to which no response is required.

The Defendants deny that the Plaintiffs are entitled to any of the relief sought in the "Wherefore" clause of Count V.

**COUNT VI – Plaintiff, Gregory Crane v. Defendant, Bhupinder Singh**
**Violation of M.G.L. c. 149, § 148**

68. The Defendants incorporate and adopt as a response to this paragraph their responses to the preceding paragraphs realleged herein.

69. The allegations of this paragraph state conclusions of law to which no response is required.

The Defendants deny that the Plaintiffs are entitled to any of the relief sought in the "Wherefore" clause of Count VI.

**COUNT VII – Henry Mattos v. Pacific Direct Corporation**
**Breach of Contract**

70. The Defendants incorporate and adopt as a response to this paragraph their responses to the preceding paragraphs realleged herein.

71. The Defendants deny the allegations of this paragraph.

72. The Defendants deny the allegations of this paragraph.

The Defendants deny that the Plaintiffs are entitled to any of the relief sought in the "Wherefore" clause of Count VII.

**COUNT VIII – Gregory White v. Pacific Direct Corporation**
**Fraud in the Inducement**

73. The Defendants incorporate and adopt as a response to this paragraph their responses to the preceding paragraphs realleged herein.

74. The Defendants deny the allegations of this paragraph.

75. The Defendants deny the allegations of this paragraph.

76. The Defendants deny the allegations of this paragraph.

The Defendants deny that the Plaintiffs are entitled to any of the relief sought in the "Wherefore" clause of Count VIII.

**COUNT IX – Henry Mattos v. Pacific Direct Corporation**
**Fraud in the Inducement**

77. The Defendants incorporate and adopt as a response to this paragraph their responses to the preceding paragraphs realleged herein.

78. The Defendants deny the allegations of this paragraph.

79. The Defendants deny the allegations of this paragraph.

80. The Defendants deny the allegations of this paragraph.

The Defendants deny that the Plaintiffs are entitled to any of the relief sought in the "Wherefore" clause of Count IX.

**COUNT X – Gregory Crane v. Pacific Direct Corporation**
**Fraud in the Inducement**

81. The Defendants incorporate and adopt as a response to this paragraph their responses to the preceding paragraphs realleged herein.

82. The Defendants deny the allegations of this paragraph.

83. The Defendants deny the allegations of this paragraph.

84. The Defendants deny the allegations of this paragraph.

The Defendants deny that the Plaintiffs are entitled to any of the relief sought in the "Wherefore" clause of Count X.

**COUNT XI – Gregory White v. Pacific Direct Corporation**
**Fraud**

85. The Defendants incorporate and adopt as a response to this paragraph their responses to the preceding paragraphs realleged herein.

86. The Defendants deny the allegations of this paragraph.

87. The Defendants deny the allegations of this paragraph.

88. The Defendants deny the allegations of this paragraph.

89. The Defendants deny the allegations of this paragraph.

The Defendants deny that the Plaintiffs are entitled to any of the relief sought in the "Wherefore" clause of Count XI.

**COUNT XII – Henry Mattos v. Pacific Direct Corporation**
**Fraud**

90. The Defendants incorporate and adopt as a response to this paragraph their

responses to the preceding paragraphs realleged herein.

91. The Defendants deny the allegations of this paragraph.

92. The Defendants deny the allegations of this paragraph.

93. The Defendants deny the allegations of this paragraph.

94. The Defendants deny the allegations of this paragraph.

The Defendants deny that the Plaintiffs are entitled to any of the relief sought in the "Wherefore" clause of Count XII.

**COUNT XIII – Gregory Crane v. Pacific Direct Corporation**
**Fraud**

95. The Defendants incorporate and adopt as a response to this paragraph their responses to the preceding paragraphs realleged herein.

96. The Defendants deny the allegations of this paragraph.

97. The Defendants deny the allegations of this paragraph.

98. The Defendants deny the allegations of this paragraph.

99. The Defendants deny the allegations of this paragraph.

The Defendants deny that the Plaintiffs are entitled to any of the relief sought in the "Wherefore" clause of Count XIII.

**COUNT XIV – Plaintiffs Gregory White Henry Mattos and Gregory Crane v. Community Suffolk, Inc.**
**Reach and Apply**

100. The Defendants incorporate and adopt as a response to this paragraph their responses to the preceding paragraphs realleged herein.

101. The Defendants deny the allegations of this paragraph.

102. The Defendants deny the allegations of this paragraph.

103. The Defendants deny the allegations of this paragraph..

The Defendants deny that the Plaintiffs are entitled to any of the relief sought in the "Wherefore" clause of Count XIV.

**COUNT XV – Plaintiffs Gregory White Henry Mattos and Gregory Crane v. 4-M Fruit Distributors**
**Reach and Apply**

104. The Defendants incorporate and adopt as a response to this paragraph their responses to the preceding paragraphs realleged herein.

105. The Defendants deny the allegations of this paragraph.

106. The Defendants deny the allegations of this paragraph.

107. The Defendants deny the allegations of this paragraph..

The Defendants deny that the Plaintiffs are entitled to any of the relief sought in the "Wherefore" clause of Count XV.

**COUNT XVI – Plaintiffs Gregory White Henry Mattos and Gregory Crane v. Coast to Coast Produce, LLC**
**Reach and Apply**

108. The Defendants incorporate and adopt as a response to this paragraph their responses to the preceding paragraphs realleged herein.

109. The Defendants deny the allegations of this paragraph.

110. The Defendants deny the allegations of this paragraph.

111. The Defendants deny the allegations of this paragraph..

The Defendants deny that the Plaintiffs are entitled to any of the relief sought in the "Wherefore" clause of Count XVI.

**COUNT XVII – Plaintiffs Gregory White Henry Mattos and Gregory Crane v. The Alphas Company, Inc.**
**Reach and Apply**

112. The Defendants incorporate and adopt as a response to this paragraph their responses to the preceding paragraphs realleged herein.

113. The Defendants deny the allegations of this paragraph.

114. The Defendants deny the allegations of this paragraph.

115. The Defendants deny the allegations of this paragraph..

The Defendants deny that the Plaintiffs are entitled to any of the relief sought in the "Wherefore" clause of Count XVII.

**COUNT XVIII – Plaintiffs Gregory White Henry Mattos and Gregory Crane v. Peter Condakes Company, Inc.**
**Reach and Apply**

116. The Defendants incorporate and adopt as a response to this paragraph their responses to the preceding paragraphs realleged herein.

117. The Defendants deny the allegations of this paragraph.

118. The Defendants deny the allegations of this paragraph.

119. The Defendants deny the allegations of this paragraph..

The Defendants deny that the Plaintiffs are entitled to any of the relief sought in the "Wherefore" clause of Count XVIII.

**COUNT XIX – Plaintiffs Gregory White Henry Mattos and Gregory Crane v. Shaw's Supermarket, Inc.**
**Reach and Apply**

120. The Defendants incorporate and adopt as a response to this paragraph their responses to the preceding paragraphs realleged herein.

121. The Defendants deny the allegations of this paragraph.

122. The Defendants deny the allegations of this paragraph.

123. The Defendants deny the allegations of this paragraph..

The Defendants deny that the Plaintiffs are entitled to any of the relief sought in the "Wherefore" clause of Count XIX.

**COUNT XX – Plaintiffs Gregory White Henry Mattos and Gregory Crane v. Top Notch Truck Brokerage**
**Reach and Apply**

124. The Defendants incorporate and adopt as a response to this paragraph their responses to the preceding paragraphs realleged herein.

125. The Defendants deny the allegations of this paragraph.

126. The Defendants deny the allegations of this paragraph.

127. The Defendants deny the allegations of this paragraph..

The Defendants deny that the Plaintiffs are entitled to any of the relief sought in the "Wherefore" clause of Count XX.

**COUNT XXI – Plaintiffs Gregory White Henry Mattos and Gregory Crane v. Kanzaki Specialty Paper**
**Reach and Apply**

128. The Defendants incorporate and adopt as a response to this paragraph their responses to the preceding paragraphs realleged herein.

129. The Defendants deny the allegations of this paragraph.

130. The Defendants deny the allegations of this paragraph.

131. The Defendants deny the allegations of this paragraph..

The Defendants deny that the Plaintiffs are entitled to any of the relief sought in the "Wherefore" clause of Count XXI.

FIRST AFFIRMATIVE DEFENSE

The Plaintiffs have failed to state a claim or claims upon which relief can be granted.

SECOND AFFIRMATIVE DEFENSE

The Plaintiffs have failed to satisfy the applicable administrative prerequisites to their claims.

THIRD AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred in whole or in part by the applicable statutes of limitations.

FOURTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred in whole or in part by the statute of frauds.

FIFTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred under the doctrine of accord and satisfaction.

SIXTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred under the doctrine of assumption of risk.

SEVENTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred under the doctrines of estoppel and/or equitable estoppel.

EIGHTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred by their own fraud and/or fraud in the inducement.

NINTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred by the doctrine of laches.

TENTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred by the doctrine of payment and release.

ELEVENTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred by the doctrine of waiver.

TWELFTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred by the doctrine of unclean hands.

THIRTEENTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred by their failure to mitigate damages.

WHEREFORE, the Defendants request that this Court dismiss the Verified Amended Complaint in its entirety and that they be awarded their costs and attorneys' fees.

Respectfully submitted,

PACIFIC DIRECT CORPORATION and
BHUPINDER SINGH

By their attorneys,

John M. Simon (BBO# 645557)
Stoneman, Chandler & Miller, LLP
99 High Street
Boston, MA 02110
(617) 542-6789

Dated: May 2, 2005

Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail [illegible] on 5-2-05.