UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 MAY -2 P 1:31

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |  |
|---|---|---|
| GREGORY WHITE, HENRY MATTOS, and GREGORY CRANE, | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | |
| PACIFIC DIRECT CORPORATION and BHUPINDER SINGH, | ) ) ) | |
| Defendants, | ) | CIVIL ACTION NO. 05-10716-MLW |
| v. | ) ) | |
| COMMUNITY-SUFFOLK, INC., 4-M FRUIT DISTRIBUTORS, INC, COAST TO COAST PRODUCE, LLC, THE ALPHAS GROUP, INC., PETER CONDAKES COMPANY, INC., SHAW'S SUPERMARKETS, INC., TOP NOTCH TRUCK BROKERAGE AND KANZAKI SPECIALTY PAPER, | ) ) ) ) ) ) ) ) | |
| Reach and Apply Defendants. | ) ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, the Defendant, Pacific Direct Corporation, states as follows:

1)    Pacific Direct Corporation has no parent corporation; and

2)    No publicly held corporation owns 10% or more of Pacific Direct Corporation's stock.

Respectfully submitted,

PACIFIC DIRECT CORPORATION and
BHUPINDER SINGH

By their attorneys,

John M. Simon (BBO# 645557)
Stoneman, Chandler & Miller, LLP
99 High Street
Boston, MA  02110
(617) 542-6789

Dated: May 2, 2005

## Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 5-2-05 .

- 2 -