UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY WHITE, HENRY MATTOS, and GREGORY CRANE,<br>     Plaintiffs,<br>v.<br><br>PACIFIC DIRECT CORPORATION and BHUPINDER SINGH,<br>     Defendants, | CIVIL ACTION NO. 05-10716-MLW |

## DEFENDANTS' RESPONSE TO COURT INQUIRY REGARDING TRANSFERRING CASE TO MAGISTRATE JUDGE FOR ALL PURPOSES

The Defendants, Pacific Direct Corporation and Bhupinder Singh, hereby respond to the Court's July 6, 2005 Memorandum and Order ordering the parties to inform the Court whether they consent to the transfer of this case to Magistrate Judge Sorokin for all purposes by stating that they do not so consent.

Respectfully submitted,

PACIFIC DIRECT CORPORATION and
BHUPINDER SINGH

By their attorneys,


s/John M. Simon
John M. Simon (BBO# 645557)
Stoneman, Chandler & Miller, LLP
99 High Street
Boston, MA 02110
(617) 542-6789

Dated: July 27, 2005