UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

GREGORY WHITE, HENRY MATTOS,
and GREGORY CRANE,
    Plaintiffs

vs.

PACIFIC DIRECT CORPORATION and
BHUPINDER SINGH,
    Defendants

                                                                                                                                                C.A. # 05-10716-MLW

vs.

COMMUNITY-SUFFOLK, INC., 4-M FRUIT
DISTRIBUTORS, INC., COAST TO COAST
PRODUCE, LLC, THE ALPHAS GROUP, INC.,
PETER CONDAKES COMPANY, INC.,
SHAW'S SUPERMARKETS, INC., TOP NOTCH
TRUCK BROKERAGE AND KANZAKI
SPECIALTY PAPER,
    Reach and Apply Defendants

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**LOCAL RULE 16.1 JOINT STATEMENT**

I.    DISCOVERY SCHEDULE

    A.    PLAINTIFFS' PROPOSAL

        Close of Discovery = January 24, 2006.

Plaintiffs propose a discovery deadline of January 24, 2006. This is the date that discovery was to be closed pursuant to the Tracking Order issued by the Massachusetts Superior Court prior to defendants removing the case to federal court. Plaintiffs see no reason why discovery in federal court should be any longer than it would have been in state court. While

defendants' counsel notes constraints on his time in the next several months, busy counsel always have constraints on their time, and discovery tends to get done when it needs to get done. Discovery in this case should be limited, and defendants could have already conducted discovery in this case, but have chosen not to do so to date.

    B.    DEFENDANTS' PROPOSAL

        Close of Discovery = March 31, 2006

Defendants propose a discovery deadline of March 31, 2006. In this regard, defendants are based in California and their availability this fall is uncertain. In addition, counsel for defendants has three trials scheduled for October and November, 2005, and six cases with discovery deadlines in the January-February, 2006 time frame. Therefore, defendants' counsel believes a discovery deadline before March 31, 2006, is unrealistic.

II.    MOTION SCHEDULE

The parties agree that the deadline for filing any dispositive motions should be two months after the close of discovery.

III.    LOCAL RULE 16.4 CERTIFICATIONS

Plaintiffs have attached their Local Rule 16.4 Certification to this Joint Statement as Attachment # 1.

Defendants shall file with the Court on or before the date of the Scheduling Conference their Local Rule 16.4 Certification.

| PLAINTIFFS GREGORY WHITE, GREGORY CRANE AND HENRY MATTOS<br>By Their Attorney | DEFENDANTS PACIFIC DIRECT CORP. AND BHUPINDER SINGH<br>By Their Attorney |
|---|---|
| /s Stephen Schultz<br>Stephen Schultz, Esq.<br>BBO # 447680<br>Engel & Schultz, LLP<br>125 High Street<br>Suite 2601<br>Boston, MA 02110<br>(617) 951-9980 | /s John M. Simon<br>John M. Simon, Esq.<br>BBO # 645557<br>Stoneman, Chandler, & Miller, LLP<br>99 High Street<br>Boston, MA 02110<br>(617) 542-6789 |
| Date: September 2, 2005 | Date: September 2, 2005 |

Certificate of Service

I, Stephen Schultz, hereby certify that a copy of the above document was served on counsel of record for the defendants in the above-entitled case by first class mail, postage prepaid.

/s Stephen Schultz

3

ATTACHMENT # 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
***********************************
                                    *
GREGORY WHITE, HENRY MATTOS,        *
and GREGORY CRANE,                  *
       Plaintiffs                   *
                                    *
   vs.                              *
                                    *
PACIFIC DIRECT CORPORATION and      *
BHUPINDER SINGH,                    *
       Defendants                   *
                                    *   C.A. # 05-10716-MLW
   vs.                              *
                                    *
COMMUNITY-SUFFOLK, INC., 4-M FRUIT  *
DISTRIBUTORS, INC., COAST TO COAST  *
PRODUCE, LLC, THE ALPHAS GROUP, INC.,*
PETER CONDAKES COMPANY, INC.,       *
SHAW'S SUPERMARKETS, INC., TOP NOTCH*
TRUCK BROKERAGE AND KANZAKI         *
SPECIALTY PAPER,                    *
       Reach and Apply Defendants   *
                                    *
***********************************
```

**Local Rule 16.1(D)(3) Certification**

Plaintiffs and plaintiffs' counsel hereby certify and affirm that we have conferred:

(a)   with a view to establishing a budget for the costs of conducting the full course –

      and various alternative courses – of the litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute

      resolution programs such as those outlined in LR 16.4

[SIGNATURES ON NEXT PAGE]

1

_____
Gregory White
Plaintiff

Date: 8/30/05

_____
Henry Mattos
Plaintiff

Date: 8/30/05

_____
Gregory Crane
Plaintiff

Date: 8/30/05

_____
Stephen Schultz, Esq.
BBO # 447680
Attorney for the Plaintiff
Engel & Schultz, P.C.
125 High Street, Suite 2601
Boston, MA 02110
617-951-9980

Date: 8/30/05