UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY WHITE, HENRY MATTOS, and GREGORY CRANE,<br><br>              Plaintiffs,<br>v.<br><br>PACIFIC DIRECT CORPORATION and BHUPINDER SINGH,<br><br>              Defendants, | CIVIL ACTION NO. 05-10716-MLW |

### CERTIFICATION OF PACIFIC DIRECT CORPORATION

Pursuant to Local Rule 16.1(D)(3), we hereby affirm that we have conferred: (a) with a view to establishing a budget for the costs of conducting the full course -- and the various alternative courses -- of the litigation; and (b) to consider resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Defendant,

PACIFIC DIRECT CORPORATION

By: _____

Dated: August 8, 2005

Counsel for Defendants,

PACIFIC DIRECT CORPORATION
and BHUPINDER SINGH

_____
John M. Simon (BBO #645557)
Stoneman, Chandler & Miller LLP
99 High Street
Boston, MA 02110
(617) 542-6789