UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
                                                    \*
GREGORY WHITE, HENRY MATTOS,                         \*
and GREGORY CRANE,                                  \*
    Plaintiffs                  \*
                                                    \*            C.A. # 05-10716-MLW
    vs.                         \*
                                                    \*
PACIFIC DIRECT CORPORATION and                      \*
BHUPINDER SINGH,                                    \*
    Defendants                  \*
                                                    \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO AMEND THE DISCOVERY SCHEDULE

Plaintiffs and defendants jointly move to amend the discovery order issued September 9, 2005, to make December 30, 2005, the deadline for filing any motions to move to compel further responses to document requests or further answers to interrogatories and state the following in support of the motion:

1.  The current scheduling order sets December 1, 2005, as the deadline for filing responses to written discovery.  The current scheduling order is silent as to when motions to compel further written discovery are due, and, thus, could be interpreted as requiring that any motion to compel further written responses must be filed no later than December 1, 2005.

2.  The parties are currently negotiating issues relating to further written discovery and need additional time for seeking to resolve outstanding differences relating to discovery.

1

| | |
|---|---|
| PLAINTIFFS GREGORY WHITE, GREGORY CRANE AND HENRY MATTOS By Their Attorney | DEFENDANTS PACIFIC DIRECT CORP. AND BHUPINDER SINGH By Their Attorney |
| /s Stephen Schultz | /s John M. Simon |
| Stephen Schultz, Esq. | John M. Simon, Esq. |
| BBO # 447680 | BBO # 645557 |
| Engel & Schultz, LLP | Stoneman, Chandler, & Miller, LLP |
| 125 High Street | 99 High Street |
| Suite 2601 | Boston, MA 02110 |
| Boston, MA 02110 | (617) 542-6789 |
| (617) 951-9980 | |
| Date: November 29, 2005 | Date: November 29, 2005 |

Certificate of Service

I, Stephen Schultz, hereby certify that a copy of the above document was served on counsel of record for the defendants on November 30, 2005, in the above-entitled case by first class mail, postage prepaid.

/s Stephen Schultz