UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| GREGORY WHITE, HENRY MATTOS, and GREGORY CRANE, <br>     Plaintiffs <br><br> vs. <br><br> PACIFIC DIRECT CORPORATION and BHUPINDER SINGH, <br>     Defendants | C.A. # 05-10716-MLW |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT MOTION FOR A STAY OF PROCEEDINGS**

Plaintiffs and defendants jointly move the court to stay proceedings in the above-entitled case pending the parties attempt to mediate the case. All discovery deadlines currently set for the months of December - February shall either remain the same as currently scheduled or be extended to two weeks after the lifting of the stay if the case is not settled through mediation, whichever is later.

| | |
|---|---|
| PLAINTIFFS GREGORY WHITE, GREGORY CRANE AND HENRY MATTOS <br> By Their Attorney | DEFENDANTS PACIFIC DIRECT CORP. AND BHUPINDER SINGH <br> By Their Attorney |
| /s Stephen Schultz <br> Stephen Schultz, Esq. <br> BBO # 447680 <br> Engel & Schultz, LLP <br> 125 High Street <br> Suite 2601 <br> Boston, MA 02110 <br> (617) 951-9980 | /s John M. Simon <br> John M. Simon, Esq. <br> BBO # 645557 <br> Stoneman, Chandler, & Miller, LLP <br> 99 High Street <br> Boston, MA 02110 <br> (617) 542-6789 |
| Date: December 30, 2005 | Date: December 30, 2005 |

Certificate of Service

I, Stephen Schultz, hereby certify that a copy of the above document was served on counsel of record for the defendants on December 30, 2005, in the above-entitled case by first class mail, postage prepaid.

    /s Stephen Schultz