UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
                                    *
GREGORY WHITE, HENRY MATTOS,        *
and GREGORY CRANE,                  *
       Plaintiffs                   *
                                    *         C.A. # 05-10716-MLW
   vs.                              *
                                    *
PACIFIC DIRECT CORPORATION and      *
BHUPINDER SINGH,                    *
       Defendants                   *
                                    *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

**JOINT MOTION TO ASSIGN MAGISTRATE TO MEDIATE THE CASE**

Pursuant to EDR Rule 4.03(d), plaintiffs and defendants jointly move the court to assign a magistrate to attempt to mediate the above-entitled case. Specifically, the parties ask that Magistrate Sorokin be appointed as mediator and that a date for mediation be set by the Court. In support of this motion, the parties state:

1. Both parties wish to mediate the case to attempt to resolve their dispute.

2. The case has been stayed until February 15, 2006, to allow the parties to seek to mediate the case.

3. Magistrate Sorokin is already familiar with the facts of the case from his review of the pleadings undertaken to establish a case schedule.

4. Magistrate Sorokin has already demonstrated his impartiality and gained the confidence of both parties, which would increase the likelihood that the mediation would be successful.

5. The parties waive any right they might have to object to Magistrate Sorokin hearing any

future motions in this case in the event that the mediation is unsuccessful, while retaining their rights under FRCP 72 to seek review of any orders that might be issued by Magistrate Sorokin.

In the alternative, if this Court does not assign Magistrate Sorokin to mediate this case, the parties jointly move that either Magistrate Swartwood, Neiman or Collings be assigned to mediate this case and that a date be set for the mediation.

| | |
|---|---|
| PLAINTIFFS GREGORY WHITE, GREGORY CRANE AND HENRY MATTOS<br>By Their Attorney | DEFENDANTS PACIFIC DIRECT CORP. AND BHUPINDER SINGH<br>By Their Attorney |
| /s Stephen Schultz<br>Stephen Schultz, Esq.<br>BBO # 447680<br>Engel & Schultz, LLP<br>125 High Street<br>Suite 2601<br>Boston, MA 02110<br>(617) 951-9980 | /s John M. Simon<br>John M. Simon, Esq.<br>BBO # 645557<br>Stoneman, Chandler, & Miller, LLP<br>99 High Street<br>Boston, MA 02110<br>(617) 542-6789 |
| Date: January 23, 2006 | Date: January 23, 2006 |

Certificate of Service

I, Stephen Schultz, hereby certify that a copy of the above document was served on counsel of record for the defendants on January 23, 2006, in the above-entitled case by first class mail, postage prepaid.

/s Stephen Schultz