UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * * * *
                                            *
GREGORY WHITE, HENRY MATTOS,                *
and GREGORY CRANE,                          *
        Plaintiffs                          *
                                            *         C.A. # 05-10716-MLW
vs.                                         *
                                            *
PACIFIC DIRECT CORPORATION and              *
BHUPINDER SINGH,                            *
        Defendants                          *
                                            *
* * * * * * * * * * * * * * * * * * * * * * * * * * *
```

**ASSENTED TO PLAINTIFFS' MOTION TO RESCHEDULE MEDIATION**

Plaintiffs move the Court to reschedule the mediation conference currently scheduled for Thursday, April 27, 2006 before Magistrate Collings to any date between April 10 thru April 21, 2006.

In support of this motion, plaintiffs state that their counsel currently has a vacation scheduled for April 27, 2006, and that both counsel and all parties are available on the above requested dates.

[SIGNATURES OF NEXT PAGE]

| | Assented to by: |
|---|---|
| PLAINTIFFS GREGORY WHITE, GREGORY CRANE AND HENRY MATTOS<br>By Their Attorney | DEFENDANTS PACIFIC DIRECT CORP. AND BHUPINDER SINGH<br>By Their Attorney |
| /s Stephen Schultz<br>Stephen Schultz, Esq.<br>BBO # 447680<br>Engel & Schultz, LLP<br>125 High Street<br>Suite 2601<br>Boston, MA 02110<br>(617) 951-9980 | /s John M. Simon<br>John M. Simon, Esq.<br>BBO # 645557<br>Stoneman, Chandler, & Miller, LLP<br>99 High Street<br>Boston, MA 02110<br>(617) 542-6789 |
| Date: February 6, 2006 | Date: February 6, 2006 |

Certificate of Service

I, Stephen Schultz, hereby certify that a copy of the above document was served on counsel of record for the defendants on February 6, 2006, in the above-entitled case by first class mail, postage prepaid.

/s Stephen Schultz