# United States District Court
# District of Massachusetts

GREGORY WHITE,
HENRY MATTOS,
GREGORY CRANE,
        Plaintiffs,

        v.                       CIVIL ACTION NO. 2005-10716-MLW

PACIFIC DIRECT CORPORATION,
BHUPINDER SINGH,
        Defendants.

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

On April 11, 2006, I held the following ADR proceeding:

\_\_\_\_\_ EARLY NEUTRAL EVALUATION     __X__ MEDIATION

\_\_\_\_\_ MINI-TRIAL     \_\_\_\_\_ SUMMARY JURY TRIAL

\_\_\_\_\_ SETTLEMENT CONFERENCE

The plaintiffs and the individual defendant as well as counsel for all parties were present.

[X]    The case was SETTLED. Your Clerk should issue a forty-five (45) day Order.

<u>April 11, 2006</u>                        *Robert B. Collings*
    DATE                                  ROBERT B. COLLINGS
                                                 United States Magistrate Judge

Copy to:    Chief Judge Wolf
                Rebecca Tyler, Esquire
                Counsel for all parties.