UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

GREGORY WHITE, HENRY MATTOS,
and GREGORY CRANE,
    Plaintiffs

vs.

PACIFIC DIRECT CORPORATION and
BHUPINDER SINGH,
    Defendants

C.A. # 05-10716-MLW

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**Plaintiff Gregory White, Henry Mattos, and Gregory Crane's
Motion to Reopen Their Case, or in the Alternative,
to Enforce the Parties' Settlement Agreement**

Plaintiffs Gregory White, Henry Mattos and Gregory Crane move this Court, pursuant to FRCP 60(b), to reopen their case, or in the alternative, pursuant to the Court's inherent powers, to enforce the parties' settlement agreement. In addition, plaintiffs' ask for their attorneys fees related to filing this motion.

The reasons for allowing the motion are stated in the accompanying memorandum.

                GREGORY WHITE, GREGORY CRANE &
                HENRY MATTOS
                By Their Attorney

                /s/ Stephen Schultz
                Stephen Schultz, Esq.
                Engel & Schultz, LLP
                125 High Street, Suite 2601
                Boston, MA 02110
                (617) 951-9980

June 20, 2006

Certificate of Service
I, Stephen Schultz, hereby certify that I served a copy of the above-entitled document on counsel of record for the defendants by first class mail, postage prepaid, on this 20th day of June, 2006.

                /s/ Stephen Schultz