UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY WHITE, HENRY MATTOS, and GREGORY CRANE,<br>　　　　　　　Plaintiffs,<br>v.<br>PACIFIC DIRECT CORPORATION and BHUPINDER SINGH,<br>　　　　　　　Defendants, | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-10716-MLW<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' OPPOSITON TO PLAINTIFFS' MOTION
## TO REOPEN CASE OR ENFORCE THE SETTLEMENT

The Defendants, Pacific Direct Corporation and Bhupinder Singh, hereby oppose the Plaintiff's June 20, 2006 Motion to Reopen Case or Enforce the Settlement ("Motion"). In support of this Opposition, the Defendants state as follows:

1.　The Plaintiffs' Motion is based on the Defendants' failure to pay the agreed-upon settlement monies by the date established in the Settlement Agreement. See Motion at 5-6.

2.　Upon filing their Motion, the Plaintiffs made a unilateral offer of settlement to the Defendants that outlined terms – in addition to those delineated in the Settlement Agreement – with which the Defendants had to comply in order for the Plaintiffs to continue to agree to settle this matter.

3.　The Defendants have now fully complied with the terms of the Plaintiffs' unilateral offer of settlement. This case has therefore been settled on terms agreeable to the parties.

4.　Thus, barring any unforeseen circumstances, the parties will shortly file with the Court the Stipulation of Dismissal contemplated in the Settlement Agreement.

For the foregoing reasons, the Defendants oppose the Plaintiffs' Motion to Reopen Case or Enforce the Settlement and state that, having fully complied with the Plaintiffs' unilateral offer of settlement, the parties have settled this matter and will shortly file a Stipulation of Dismissal with the Court.

Respectfully submitted,

PACIFIC DIRECT CORPORATION and
BHUPINDER SINGH

By their attorneys,

s/John M. Simon
John M. Simon (BBO# 645557)
Stoneman, Chandler & Miller, LLP
99 High Street
Boston, MA 02110
(617) 542-6789

Dated: July 14, 2006

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered participants on July 14, 2006.

/s/John M. Simon
John M. Simon