UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY WHITE, HENRY MATTOS, and GREGORY CRANE,<br><br>                Plaintiffs,<br>v.<br><br>PACIFIC DIRECT CORPORATION and BHUPINDER SINGH,<br><br>                Defendants. | CIVIL ACTION NO. 05-10716-MLW |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all parties hereby stipulate and agree that this action shall be dismissed with prejudice, with each party to assume their own attorney's fees and costs, and with each party waiving all rights of appeal and/or requests for fees or costs.

| The Plaintiffs, | The Defendants, |
|---|---|
| GREGORY WHITE, HENRY MATTOS and GREGORY CRANE | PACIFIC DIRECT CORPORATION and BHUPINDER SINGH |
| By Their Attorney, | By Their Attorney, |
| /s/Stephen Schultz | /s/John M. Simon |
| Stephen Schultz (BBO #447680)<br>Engel & Schultz, LLP<br>125 High Street<br>Boston, MA  02110<br>(617) 951-9980 | John M. Simon (BBO #645557)<br>Stoneman, Chandler & Miller LLP<br>99 High Street<br>Boston, MA  02110<br>(617) 542-6789 |

Dated:  July 19, 2006